# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 25, 2012

144590 & (54)(55)(56)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ESTATE OF SAMUEL ALEXANDER, by
MARJORIE WILLIAMS, Personal Representative
      Plaintiff-Appellee,

v

TRILLIUM HOSPITAL,
      Defendant,
and

DR. RAMANA CHENNUBHOLTA,
      Defendant-Appellant.

SC: 144590
COA: 297593
Calhoun CC: 1999-004577-NH

_____/

On order of the Court, the motions for immediate consideration and to waive transcript requirement are GRANTED. The application for leave to appeal the December 27, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 25, 2012

_____
Clerk

h0525